THE STATE OF FLORIDA, *ex rel.* W. H. ELLIS, AS ATTORNEY-GENERAL OF SAID STATE, AND J. M. BARRS, AS SPECIAL COUNSEL FOR THE RAILROAD COMMISSIONERS OF THE STATE OF FLORIDA, *Plaintiff,* v. SEABOARD AIR LINE RAILWAY, A CORPORATION, *Respondent.*

On the trial the respondent wholly failing to meet the burden of proof upon the issues raised by the pleadings, peremptory writ awarded.

This case was decided by the court *En Banc.*

This is a case of original jurisdiction.

The facts in the case are stated in the opinion of the court.

*W. H. Ellis,* Attorney-General, and *J. M. Barrs* for plaintiff.

*Geo. P. Raney* and *J. C. Cooper* for respondent.

PER CURIAM.—The issues and the burden of proof in this case were set out fully in our opinion filed on the motion to quash the return, 48 Fla. 129, 37 South. Rep. 314. The respondent has wholly failed to meet these issues and the peremptory writ must, therefore, be awarded.

Judge CARTER, if present, would concur.

TAYLOR, C. J., SHACKLEFORD, COCKRELL and HOCKER, JJ., concur.

CARTER, J., absent. WHITFIELD, J., disqualified, took no part in the consideration of this case.